IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br>as subrogee of   Millennium Partners, LLC<br>15 Mountain View Road<br>Warren, NJ 07061-1615<br><br>                              Plaintiff,<br><br>         v.<br><br><br>DOWNTOWN BOSTON CINEMAS, LLC<br>711 Fifth Avenue<br>New York, New York<br><br>                              Defendant. | CIVIL ACTION NO.<br>05-11607 |

## MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rules of Civil Procedure (a)(i), the Plaintiff hereby dismisses the above entitled matter.

 Attorney for the Plaintiff

BY:   /s/ Patrick Loftus, III
        PATRICK J. LOFTUS, III, ESQUIRE
        BBO #303310
         9 Park Street, Suite 500
        Boston, Mass.  02108
        (617) 723-7770

Date:_1/17/06_____